# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**Peter E. Pflaum,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:06-cv-244-Orl-28KRS**

**Thomas Pflaum, et al,**

        **Defendants.**

## ORDER TO STRIKE

This cause came on for consideration by the Court *sua sponte*. On May 17, 2006, Plaintiff Peter E. Pflaum filed a "third amended complaint" in this matter.[1] Doc. No. 8. Federal Rule of Civil Procedure 15(a) provides, in relevant part, as follows:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

*Id*.

Pflaum did not seek leave of Court or written consent from any of the defendants in this matter prior to filing his third amended complaint. Accordingly, Pflaum's third amended complaint (doc. no. 8) is **ORDERED** stricken and the Clerk is directed to delete the document. Additionally, any responses required to be filed because of the deleted document will not be required and will also be

---

[1] This is the fourth "complaint" Pflaum has filed in this matter. Hence, the Clerk of Court docketed it as a third amended complaint.

stricken and deleted.    Pflaum may not file further complaints in this case without first obtaining leave of Court to do so.

The Clerk of Court is directed to mail a copy of this Order to the plaintiff at his address or record.

**DONE** and **ORDERED** in Orlando, Florida this 22nd day of May, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties